No. 77–6721. PAPRSKAR v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 77–6723. PIERRO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–6724. BARKET v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 77–6725. LEE v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 77–6726. LIPSCOMB v. AMERICAN EXPRESS Co. Ct. App. Mich. Certiorari denied.

No. 77–6729. HAWTHORNE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 77–6730. McKINNEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–6731. BATTLE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 77–6733. HALLMAN v. UNITED STATES; and
No. 77–6742. DiGIOVANNI v. UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: 577 F. 2d 729.

No. 77–6734. GUARIN v. CLELAND, ADMINISTRATOR, VETERANS' AFFAIRS, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 77–6735. HUGHES v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 77–6736. MUSTACCHIO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–6738. JONES v. JAGO, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.